MONARCH MINING CO. v. LAUGHLIN et al.

(Supreme Court, Appellate Term, First Department.   April 14, 1914.)

COURTS (§ 190*)—MUNICIPAL COURTS—APPEAL—ACTION ON UNDERTAKING—
    SUFFICIENCY OF COMPLAINT.

   Judgment on the pleadings should be rendered for defendant in an ac-
tion against a surety on an undertaking on appeal from the Municipal
Court to the Appellate Term, where the complaint does not allege com-
pliance with Code Civ. Proc. § 1309, prohibiting such an action until 10
days have expired since the service upon appellant's attorney and the
surety of a written notice of entry of judgment or order affirming the
judgment appealed from or dismissing the appeal and providing the man-
ner of such service, etc.

   [Ed. Note.—For other cases, see Courts, Dec. Dig. § 190.*]

Municipal Court, Borough of the Bronx, Second District.

Action by the Monarch Mining Company against William Laughlin
and Edward T. Mulligan.   From a judgment for plaintiff, defendant
Mulligan appeals.   Reversed, and new trial granted.

Argued March term, 1914, before SEABURY, LEHMAN, and BI-
JUR, JJ.

Philip J. Dunn, of New York City, for appellant.

Clarence A. Appleton, of New York City, for respondent.

BIJUR, J.   This action was brought against a surety on an under-
taking on appeal from the Municipal Court to this court.   As the
complaint does not allege compliance with section 1309 of the Code of
Civil Procedure, the judgment on the pleadings should have been for
the defendant, instead of the plaintiff.

Judgment reversed, and new trial granted, with costs to appellant
to abide the event.   All concur.